IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  Bobby Joe Ross and Marsha Ann Ross                   CASE NO:   6:15-bk-70498 B

Chapter 13

ORDER CONFIRMING CHAPTER 13 PLAN AS MODIFIED ON July 02, 2015

The Court finds that the modified plan as filed by the debtors on July 02, 2015 complies with all provisions of Chapter 13 and with all other provisions of Title 11 of the United States Code; that all fees, charges, or amounts required under Chapter 123 of Title 28 or by the plan, to be paid before confirmation, have been paid; that the plan has been proposed in good faith and not by any means forbidden by law; that the plan complies with Section 1325 of the United States Bankruptcy Code and that the plan should be confirmed. Therefore,

IT IS ORDERED:

1.  All objections to the modified plan are withdrawn or, by entry of this order, overruled. The plan should be and hereby is confirmed. To effectuate the plan, the debtors shall pay to the Trustee according to the plan, which plan shall not exceed 60 months. The payments shall continue until further orders of the Court.

2.  Notwithstanding any plan term to the contrary, the debtors may not obtain a refund or disbursement from the trustee without a court order after notice and hearing.

3.  That the administrative expenses and compensation of the Trustee shall be paid in full pursuant to 11 U.S.C. Section 503(b) and Section 1326(b)(2), and that, to effectuate this provision, the Trustee shall receive such percentage fee of plan payments as may be periodically fixed by the Attorney General pursuant to 28 U.S.C. Section 586(e), which percentage fee shall not exceed ten percent (10%) of disbursements.

4.  Whenever the plan confirmed by this order refers to the debt, debts, claim or claims of creditors, such reference shall be construed to mean allowed claim or allowed claims.  The total amount of an allowed claim shall be the amount stated on a proof of claim properly filed by or on behalf of such creditor, unless the Court determines a different amount following the filing of an objection to such claim.

IT IS SO ORDERED

Date:  07/24/2015                                                                  /s/  Ben T. Barry
                                                                                   _____
                                                                                   Ben T. Barry
                                                                                   U.S. Bankruptcy Judge